1  STEPHANIE M. HINDS (CSBN 154284)
   Acting United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Assistant United States Attorney
3  Chief, Civil Division
4  JAMES A. SCHARF (CSBN 152171)
   Assistant United States Attorney
5
        U.S. Attorney's Office/Civil Division
6       150 Almaden Blvd., Suite 900
        San Jose, CA  95113
7       Telephone:  (408) 535-5044
        Fax:  (408) 535-5081
8       Email:  james.scharf@usdoj.gov
9
   Attorneys for Defendant
10 United States of America

11

12                    UNITED STATES DISTRICT COURT
13                   NORTHERN DISTRICT OF CALIFORNIA
14                          SAN JOSE DIVISION
15

16 

17 | STATE FARM MUTUAL AUTOMOBILE | ) CASE NO. 21-04793 |
   | INSURANCE COMPANY, | ) |
18 | | ) |
   | Plaintiff, | ) STIPULATION OF DISMISSAL |
19 | | ) |
   | v. | ) |
20 | | ) |
   | UNITED STATES OF AMERICA, | ) |
21 | | ) |
   | Defendant. | ) |
22 | | ) |

25     The parties to this action hereby stipulate and agree that the above-referenced action is
26 voluntarily dismissed without prejudice pursuant to Federal Rules of Civil Procedure, Rule
27 41(a), with each party to bear their own costs and fees.
28

STIPULATION OF DISMISSAL
CASE NO. 21-04793

1

1  Dated:  September 28, 2021              /s/ James A. Scharf
2                                          James A. Scharf
                                           Assistant United States Attorney
3                                          Attorney for Defendant
                                           United States of America
4

5  Dated:  September 28, 2021              /s/ Susan M. Benson
                                           Susan M. Benson
6                                          Attorney for Plaintiff State Farm Mutual
                                           Automobile Insurance Company
7

8

9  Dated: September 29, 2021

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

28  STIPULATION OF DISMISSAL
    CASE NO. 21-04793

                                           2